

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

June 4, 2021

**Via ECF**

Hon. Judith C. McCarthy
United States District Court Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St,
White Plains, NY 10601

                *Re:*    *Request for approval of FLSA Agreement.*
                         *Zechanovic v. Augies Prime Cut, et al et. al.* **19-cv-08216 (JCM).**

Dear Judge McCarthy,

I am submitting the Parties' updated FLSA/NYLL settlement agreement for approval as per the Court's instructions. The Parties have modified the Agreement consistent with all past directives of the Court, and we are confident that the Agreement complies with *Cheeks*.

We appreciate the Court's time and attention to this matter, and respectfully request that the Court approve this final settlement.

                                            Respectfully submitted,

                                            *Jordan El-Hag*
                                            _____

                                            Jordan El-Hag, Esq.
                                            Counsel for Plaintiff